ANDREW O. HORN ET AL., PROSECUTORS, v. BOARD OF ADJUSTMENT OF THE CITY OF NEWARK ET AL., RESPONDENTS.

Submitted May term, 1928—Decided July 27, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the rule, *Michael J. Tansey.*

*Contra, Jerome T. Congleton, J. Harry Henegan* and *Koehler & Augenblick.*

PER CURIAM.

Finding no debatable question of law or fact involved the application for the writ of *certiorari* is denied and the rule to show cause is discharged, with costs.